UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN M. PATTISON,<br><br>             Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. C13-1066-RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition[1] thereto, the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

---

[1] In adopting Judge Donohue's R&R, the court rejects defendant's arguments raised in objection to the R&R, which repeat arguments made in its initial briefing to Judge Donohue.

ORDER REMANDING CASE
PAGE - 1

Case 2:13-cv-01066-RAJ   Document 21   Filed 06/17/14   Page 2 of 2

1    (2)    The final decision of the Commissioner is REVERSED and this case is
2  REMANDED to the Social Security Administration for further proceedings consistent with the
3  Report and Recommendation.
4    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and
5  to Judge Donohue.
6    DATED this 17th day of June, 2014.

   The Honorable Richard A. Jones
   United States District Judge

ORDER REMANDING CASE
PAGE - 2